**Motion Granted in Part; Abatement Order filed August 23, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00541-CV
_____

### EFREM SEWELL AND MILO SHEPHARD, Appellant

### V.

### HARDRIDERS, INC., Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2011-37278**

## ABATEMENT ORDER

This appeal arises from the grant of a temporary injunction. Appellee asks us to enforce the temporary injunction and hold appellants in contempt. The supreme court has recognized that in cases such as this it is preferable to refer the fact-finding process to the trial court. *Schultz v. Fifth Judicial District Court of Appeals at Dallas*, 810 S.W.2d 738, 740 (Tex. 1991). Accordingly, we issue the following order:

We ORDER the trial court to hold a hearing on appellee's motion to enforce the temporary injunction and make such findings as are necessary. The trial court shall see

that a record of the hearing is made, shall make any findings necessary, and shall order the trial clerk to forward a transcribed record of the hearing. The trial court's findings, if any, shall be included in a supplemental clerk's record to be filed with this court on or before **September 20, 2012**.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.


PER CURIAM